UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.: **1:24-cv-06646-DG-PK**

**Gemane Nettles**,
Plaintiff,
vs.

**Clervoix LLC** and
**Le Bon Pain LLC**,
Defendants.

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, and Defendants, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated: March 26 2025

By: */s* Maria-Costanza Barducci
Maria-Costanza Barducci, Esq.
BARDUCCI LAW FIRM PLLC.
5 West 19th St., 10th Fl.
New York, NY 10011
Telephone: (212) 433-2554
mc@barduccilaw.com
*Attorneys for Plaintiff*

By: */s* Glenn David Wright
Glenn David Wright, Esq.
Wright Law Firm
270 Madison Avenue
Suite 1203
New York, NY 10016
212-619-1500
glennwright@wrightlawfirmnyc.com

cc: Via CM/ECF